**United States District Court**
**Northern District of Illinois**

KENNETH HENDERSON, on behalf of himself and all others similarly situated

Plaintiffs,

v.

Thread Wallets LLC,

Defendant.

Case No.: 1:26-cv-3079

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties

Dated: July 13, 2026

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn NY 11234
O: 844-731-3343
D: 716-281-5496
Email: Mohrenberger@ealg.law
*Attorneys for Plaintiff*

**/s/ Collin Hansen**
By: Collin Hansen
Workman Nydegger PC
840 S Northwest Highway Ste 10
Barrington, IL 60010
T: 815-353-4438
Email: Chansen@wnlaw.com
*Attorneys for Defendant*