**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kenneth Henderson

Plaintiff,

v.

Case No.: 1:26−cv−03079
Honorable Martha M. Pacold

Thread Wallets LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' stipulation of dismissal, [19]. Pursuant to the stipulation, this case is dismissed with prejudice, and each party shall bear its own costs and fees, except as otherwise agreed in writing by the parties. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.